# STATE OF MICHIGAN

# COURT OF APPEALS

MARY FREE BED REHABILITATION
HOSPITAL, BRONSON HEALTH CARE
GROUP INC, and YU JU CHEN,

        Plaintiffs-Appellees,

v

FARMERS INSURANCE GROUP OF
COMPANIES, a/k/a FARMERS GROUP, INC.,
and MID-CENTURY INSURANCE COMPANY,

        Defendants,

and

ILLINOIS FARMERS INSURANCE COMPANY

        Defendant-Appellant.

UNPUBLISHED
December 22, 2015

No. 321328
Kent Circuit Court
LC No. 13-002433-NF

Before: MARKEY, P.J., and MURPHY and STEPHENS, JJ.

MARKEY, J. (*concurring*).

        I concur in result only.

                                /s/ Jane E. Markey